UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 07 088 T

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., Plaintiff | ) | IN ADMIRALTY |
| v. | ) | Civil Action No: |
| THE UNITED STATES OF AMERICA, Defendant | ) | |

**COMPLAINT**

NOW COMES the Plaintiff, Seal Rock Trap Company, Inc., and submits this Complaint to this Honorable Court.

**ALLEGATION OF JURISDICTION**

1. This is a case of Admiralty and Maritime Jurisdiction, as hereinafter more fully appears. Additionally, this action arises under the Public Vessels Act, 46 U.S.C. §§ 781-790, and the Suits in Admiralty Act, 46 U.S.C. §§ 741-752.

**PARTIES**

2. Plaintiff, Seal Rock Trap Company, Inc., is a Rhode Island Corporation, with its principle place of business at 3 Commerce Street, Greenville, RI 02828.

3. The vessel USCGC IDA LEWIS is a Coast Guard Cutter located at Newport, RI, and is owned, operated and maintained by Defendant, the United States of America.

**COUNT I**

4. On or about April 30, 2005, Plaintiff owned a fish trap located in the ocean off of

Seal Ledge.

5. On or about April 30, 2005, Defendant's vessel, USCG IDA LEWIS, negligently allided with Plaintiff's fish trap.

6. As a result of this allision, Plaintiff's fish trap was severely damaged, and rendered unfit for use. Plaintiff had to replace its fish trap, and Plaintiff was unable to catch fish.

7. Plaintiff's damages proximately resulting from Defendant's negligence are in an amount equivalent to $ 411,892.20.

WHEREFORE, Plaintiff demands judgment against Defendant awarding Plaintiff $ 411,892.20 in damages, alongside additional attorney's fees and costs, and any such further relief this Court deems just and proper.

Respectfully submitted,
Seal Rock Trap Company, Inc,
By its attorneys,

Donald J. Maroney

Donald J. Maroney
R.I. Bar ID#: 3737
Mark A. McSally
R.I. Bar ID#: 3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Suite 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397

DATED: