UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SEAL ROCK TRAP COMPANY, INC.,
Plaintiff

v.

THE UNITED STATES OF AMERICA,
Defendant

IN ADMIRALTY

CA 07 088 T

Civil Action No:

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, Seal Rock Trap Company, Inc., pursuant to Rule 26(a)(1), hereby provides Defendant, the United States of America, with its initial disclosures. Plaintiff discloses the following:

(A) Individuals Likely to have discoverable information that Plaintiff may use to support its claims or defenses:

a. Michael Parascandolo, of 3 Commerce Street, Greenville, RI

(B) Documents, data compilations, and tangible things in Plaintiff's possession, custody or control that it may use in support of its claims or defenses:

A copy of the following documents are available for inspection and copying at the office of Ouellette & Smith, 127 Eastern, Ave., Suite 1, Gloucester, MA 01930:

i. Loss and Damage Survey conducted by Marine Safety Consultants, Inc.

ii. Pictures, diagrams, and charts regarding the fish trap and its location.

(C) Computation of damages:

| | | |
|---|---|---|
| a. | Repair of the fish trap: | $ 11,892.20 |
| b. | Lost Fishing Profits: | $ 400,000.00 |
| | TOTAL | $ 411,892.20 |

The unprivileged or otherwise nondisclosable documents whereon these calculations are based are made available at the office of Ouellette & Smith, 127 Eastern Ave., Suite 1, Gloucester, MA 01930 for reasonable inspection and copy by Defendant.

Respectfully submitted,
Seal Rock Trap Company, Inc,
By its attorneys,

Donald J. Maroney

Donald J. Maroney
R.I. Bar ID#: 3737
Mark A. McSally
R.I. Bar ID#: 3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Suite 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397

DATED:

CERTIFICATE OF SERVICE

I, Donald J. Maroney, attorney for the plaintiffs herein, hereby certify that I caused to be served a copy of the Plaintiffs' Initial Disclosures by registered or certified mail, alongside Plaintiff's Complaint, to Robert Clark Corrente, United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island 02903, and Alberto J. Gonzales, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, Washington DC 20530, this 6 day of March, 2007.

Donald J. Maroney

Donald J. Maroney