UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., Plaintiff | ) | IN ADMIRALTY |
| v. | ) | Civil Action No: CA 07 088T |
| THE UNITED STATES OF AMERICA, Defendant | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Seal Rock Trap Company, Inc., hereby moves that Stephen M. Ouellette, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff, Seal Rock Trap Company, Inc.
By: Donald J. Maroney, Esq.
R.I. Bar ID No.: 3737
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312

Plaintiff, Seal Rock Trap Company, Inc.
By: Mark McSally, Esq.
Bar ID No.: 3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSSION**

I, Stephen M. Ouellette, Esq., hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Maine and Massachusetts and of the following Federal District Court and Court of Appeals Bars: United States District Court for the District of Maine, United States District Court for the District of Massachusetts, United States District Court for the Eastern District of Wisconsin, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Third Circuit and United States Court of Appeals for the Fourth Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understood my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

(8) I have previously represented the Plaintiff, Seal Rock Trap Company, Inc., in other matters.

Stephen M. Ouellete, Esq.
*Pro Hac Vice* Applicant
Mass. BBO No.: 543752
Ouellette & Smith, PA
127 Eastern Ave., Ste 1
Gloucester, MA 01930
Phone: (978) 281-7788
Fax: (978) 281-4411

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Mark McSally, Esq.
R.I. Bar ID#: 3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397

Donald J. Maroney, Esq.
R.I. Bar ID#: 3797
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date: