UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., | ) | |
| Plaintiff, | ) | IN ADMIRALTY |
| | ) | |
| v. | ) | Dkt. No.: CA 07-088T |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ANSWER**

Comes now the United States of America to Answer Plaintiff Seal Rock Trap Company, Inc., Complaint, and admits, denies, and alleges upon information and belief as follows:

1. Paragraph 1 does not contain allegations to which any answer is required by the United States; to the extent that admissions, denials, or denials for lack of knowledge and information would be required of the United States, the allegations are denied, except it is admitted that this is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and that this Court has subject matter jurisdiction of plaintiff's complaint and action against defendant, United States, a sovereign nation, if at all, solely under the provisions of the Public Vessels Act, 46 U.S.C. Ch. 311 *et. seq.*, and the Suits in Admiralty Act, 46 U.S.C. Ch. 309 *et. seq.*, and not otherwise.

2. Admitted.

3. Admitted

4. Denied for lack of information and belief.

5. Denied.

6. Deny that USCG IDA LEWIS allided with Plaintiff's fish trap. The remaining allegations of paragraph six are denied for lack of information and belief.

7. Denied for lack of information and belief.

The remainder of Seal Rock trap Company's Complaint states a prayer for relief to which no answer is required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

8. This Court lacks subject matter jurisdiction as to the claims against defendant United States.

### SECOND AFFIRMATIVE DEFENSE

9. The complaint fails to state a claim upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

10. If Plaintiff sustained damages by reason of the matters alleged in his complaint, which is denied, then said damages were caused in whole or in part by Plaintiff's own negligence, fault or infirmity, and were not caused by the fault, negligence or unseaworthiness of IDA LEWIS, or in any manner by any fault or negligence of the United States, its officers, agents, general agents, vessels, crew, servants, employees or others for whom it was responsible.

FOURTH AFFIRMATIVE DEFENSE

11. If Plaintiff sustained damages by reason of the matters alleged in his complaint, which is denied, then said damages were caused in whole or in part by the acts of third parties, and were not caused or contributed to in any manner by any fault, negligence, or unseaworthiness of the IDA LEWIS, or in any manner by any fault or negligence of the United States, its officers, agents, general agents, vessels, crew, servants, employees, agencies, or others for whom it was responsible.

FIFTH AFFIRMATIVE DEFENSE

12. Plaintiff has failed to mitigate its damages.

SIXTH AFFIRMATIVE DEFENSE

13. Any damages caused by any negligence or fault of others for whom the United States is not responsible are superseding or intervening causes of any alleged damages.

WHEREFORE, defendant United States of America, prays that judgment be entered dismissing Plaintiff Seal Rock Trap Company's action, and that the United States of America may have such other and further relief as this Court may deem just and proper.

Dated: May 2, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

/s/ Robb Hyde
M. ROBB HYDE (8580)
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
PA Bar No: 63974
Telephone: (202) 616-4033
Facsimile: (202) 616-4159
Email: robb.hyde@usdoj.gov

Attorney for Defendant
United States of America

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2007, the foregoing document was filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, by regular U.S. Mail and by Electronic Service upon the following parties and participants:

Donald J. Maroney
Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Suite 500
Providence, RI 02903

/s/ Robb Hyde
M. ROBB HYDE