UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., | ) | |
| Plaintiff, | ) | IN ADMIRALTY |
| | ) | |
| v. | ) | Dkt. No.: CA 07-088T-LDA |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| ______________________________________ | ) | |

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Comes now Plaintiff Seal Rock Trap, Company, Inc., and the United States of America to respectfully request a continuance of the Settlement Conference currently scheduled for January 14, 2007:

1. On August 27, 2007, United States Magistrate Judge Lincoln D. Almond entered a Notice of Settlement Conference and Settlement Conference Order in the above-captioned matter, setting the date for the Settlement Conference as January 10, 2008. On January 3, 2008, the Court rescheduled the settlement conference for January 14, 2008.

2. Although depositions of Plaintiff's corporate officers were scheduled for mid-December 2007, these deposition were necessarily postponed until documentation supporting Plaintiff's claim for damages was received by the United States. Because of this, it has been impossible for the United States to value the case. The documents were received by the United States on January 2, 2008, and the parties intend to proceed with necessary depositions in a timely manner.

3. Unfortunately, due to scheduling conflicts and delays in receiving documentary evidence, the parties will be unable to complete depositions before the currently scheduled settlement conference.

4. Counsel for Plaintiff and Defendant have discussed this matter and agree that the best manner in which to proceed is a brief delay in the Settlement Conference. Counsel will continue to work together to the best of their ability to insure that no further delay is created in this matter and respectfully request continuance of the Settlement Conference until the week of February 25, 2008, or any later date as the Court may find convenient.

A proposed Order is attached.

Dated: January 7, 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

/s/ Robb Hyde
M. ROBB HYDE (8580)
Trial Attorney

Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
PA Bar No: 63974
Telephone: (202) 616-4033
Facsimile: (202) 616-4159
Email: robb.hyde@usdoj.gov

Attorney for Defendant
United States of America
FOR THE PARTIES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2008, the foregoing document was filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, by regular U.S. Mail and by Electronic Service upon the following parties and participants:

Stephen M. Ouellette
Ouellette & Smith
127 Eastern Avenue, Suite 1
Gloucester, MA 01930

Donald J. Maroney
Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Suite 500
Providence, RI 02903

/s/ Robb Hyde
M. ROBB HYDE