UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., | ) | |
| Plaintiff, | ) | IN ADMIRALTY |
| | ) | |
| v. | ) | Dkt. No.: CA 07-088T-LDA |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| ________________________________________ | ) | |

**ORDER**

Upon consideration of the Joint Motion to Continue Discovery filed by Plaintiff and Defendant, it is hereby ORDERED that Plaintiff's and Defendant's motion be GRANTED; and ORDERED that discovery in this case shall be closed as of April 3, 2008.

__________________________________
Ernest C. Torres
Senior U.S. District Judge

Date:_________________