UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., Plaintiff, | ) | IN ADMIRALTY |
| v. | ) | Dkt. No.: CA 07-088T-LDA |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION TO CONTINUE DISCOVERY**

Comes now Plaintiff Seal Rock Trap, Company, Inc., and the United States of America to respectfully request a continuance of discovery time lines for a period not to exceed sixty days:

1. On August 23, 2007, the Honorable Ernest C. Torres entered a Scheduling Order in the above-referenced matter, closing discovery on February 1, 2008.

2. Both parties have completed a great deal of written discovery, including Interrogatories and Requests for Production of Documents exchanges. Both parties have been working diligently to continue discovery and have deposed certain key witnesses. Several witnesses remain to be deposed, including United States Coast Guard members in Virginia and California.

3. Unfortunately, due to scheduling conflicts and delays in receiving documentary evidence, the parties will be unable to complete the depositions of necessary witnesses before the close of discovery.

4. Counsel for Plaintiff and Defendant have discussed this matter and agree

that the best manner in which to proceed is a brief delay in the scheduling order. Counsel will continue to work together to the best of their ability to insure that no further delay is created in this matter. The have been no previous requests for continuation of discovery.

5. No trial date has been set and neither party will be prejudiced.

Wherefore, the parties jointly request an extension of the current deadlines in order to complete discovery. The parties jointly request an extension of the current Scheduling Order and Settlement Conference for a period of sixty days, in order to conduct further discovery and to pursue possible settlement discussions.

A proposed Order is attached.

Dated: January 7, 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant United States Attorney

/s/ Robb Hyde
M. ROBB HYDE (8580)
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Post Office Box 14271
Washington, DC 20044-4271
PA Bar No: 63974
Telephone: (202) 616-4033
Facsimile: (202) 616-4159
Email: robb.hyde@usdoj.gov

Attorney for Defendant
United States of America
FOR THE PARTIES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2008, the foregoing document was filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, by regular U.S. Mail and by Electronic Service upon the following parties and participants:

Stephen M. Ouellette
Ouellette & Smith
127 Eastern Avenue, Suite 1
Gloucester, MA 01930

Donald J. Maroney
Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Suite 500
Providence, RI 02903

/s/ Robb Hyde
M. ROBB HYDE