UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEAL ROCK TRAP COMPANY, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | IN ADMIRALTY<br><br>Dkt. No.: CA 07-088T-LDA |

**ORDER**

Upon consideration of the Joint Motion to Continue Discovery filed by Plaintiff and Defendant, it is hereby ORDERED that Plaintiff's and Defendant's motion be GRANTED; and ORDERED that discovery in this case shall be closed as of April 3, 2008.

___________________________________
Ernest C. Torres
Senior U.S. District Judge

Date:_________________