UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., Plaintiff | ) | IN ADMIRALTY |
| v. | ) | Civil Action No: 1:07-cv-88 |
| THE UNITED STATES OF AMERICA, Defendant | ) | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiff, pursuant to Fed. R. Civ. P. 15, and Local Rule Cv 15, and respectfully moves that its complaint be amended to add H.N. Wilcox Fishing, Inc., and N. Parascandolo & Sons, Inc. as plaintiffs, as stated in its proposed Amended Complaint attached hereto. The reasons for which amendment of the Complaint is necessary, and how the proposed Amended Complaint differs from the Complaint already filed, are articulated in the attached Supporting Memorandum herefor.

Respectfully submitted,
Seal Rock Trap Company, Inc,
By its attorney,

/s/ Mark A. McSally

Mark A. McSally, Esq.
R.I. Bar ID#:3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397

**Certificate of Service**

I, Mark McSally, hereby certify I caused a true copy of the forgoing document to be served upon the clerk of the United States District Court in accordance with the applicable rules for electronic filing, this 7th day of February, 2008.

/s/ Mark A. McSally