UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEAL ROCK TRAP COMPANY, INC.,<br>H.N. WILCOX FISHING, INC., and<br>N. PARASCANDOLO & SONS, INC., | IN ADMIRALTY |
| Plaintiffs | |
| v. | Civil Action No: 1:07-cv-88 |
| THE UNITED STATES OF AMERICA<br>,<br>Defendant | |

**AMENDED COMPLAINT**

NOW COMES the Plaintiffs, Seal Rock Trap Company, Inc., H.N. Wilcox Fishing, Inc., and N. Parascandolo & Sons, Inc., and submit this Amended Complaint to this Honorable Court.

**ALLEGATION OF JURISDICTION**

1. This is a case of Admiralty and Maritime Jurisdiction, as hereinafter more fully appears. Additionally, this action arises under the Public Vessels Act, 46 U.S.C. §§ 781-790, and the Suits in Admiralty Act, 46 U.S.C. §§ 741-752, and under 28 U.S.C. § 1331.

**PARTIES**

2. Plaintiff, Seal Rock Trap Company, Inc., is a Rhode Island Corporation, with its principle office at 3 Commerce Street, Greenville, RI 02828.

3. Plaintiff, H.N. Wilcox Fishing, Inc., is a Rhode Island Corporation, with its principle office at 3 Commerce Street, Greenville, RI 02828.

4. Plaintiff, N. Parascandolo & Sons, Inc. is a Rhode Island Corporation, with its principle office at 3 Commerce Street, Greenville, RI 02828.

5. At all material times herein, all three above-named Plaintiffs engaged in a joint fishing enterprise utilizing a fish trap owned by plaintiff Seal Rock Trap Co., Inc. which was located off Seal Rock near Newport, RI.

5. The vessel USCGC IDA LEWIS is a Coast Guard Cutter located at Newport, RI, and is owned, operated and maintained by Defendant, the United States of America.

**COUNT I**

6. On or about April 30, 2005, Plaintiff Seal Rock Trap Co., Inc., owned a fish trap located in the ocean off of Seal Ledge.

7. On or about April 30, 2005, Defendant's vessel, USCG IDA LEWIS, negligently allided with said Plaintiff's fish trap.

8. As a result of this allision, the fish trap was severely damaged, and rendered unfit for use. Plaintiffs had to replace the fish trap, and Plaintiffs were unable to catch and land fish.

9. As a direct and proximate result of Defendant's negligence all three above-named plaintiffs were damaged.

WHEREFORE, Plaintiffs demand judgment against Defendant awarding Plaintiffs all their damages, alongside additional attorney's fees and costs, and any such further relief this Court deems just and proper.

Respectfully submitted,
Seal Rock Trap Company, Inc,
By its attorney,

/s/ Mark A. McSally

Mark A. McSally, Esq.
R.I. Bar ID#:3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397

DATED: February 7, 2008