**Ouellette & Smith**
**Attorneys at Law and Proctors in Admiralty**
**A Professional Association**
**127 Eastern Ave., Suite 1**
**Gloucester, MA 01930**

**Telephone (978) 281-7788**
**Fax (978) 281-4411**
**E-mail fishlaw@aol.com**

**FAX TRANSMISSION COVER SHEET**

**Attention:** M. Robb Hyde, Esq.

**Fax No.:** 202-616-4159

**Date:** August 15, 2007

**From:** Olaf Aprans

**Our File No.:**

Total number of sheets including this cover sheet: 9

**COMMENTS: Additional Initial Disclosure Documents (calculation of damages)- Your file no.:61-66-44**

**OUELLETTE & SMITH**
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

127 EASTERN AVENUE
SUITE 1
GLOUCESTER, MASSACHUSETTS 01930

Stephen M. Ouellette*
David S. Smith*

*Also Admitted in Maine

Telephone: (978) 281-7788
Facsimile: (978) 281-4411
E-mail: fishlaw@aol.com
http://www.fishlaw.com
http://www.maritimelawusa.com

August 15, 2007

M. Robb Hyde, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Fax No.: (202) 616-4159

**VIA FACSIMILE**

Re: *Seal Rock Trap Company v. United States*- more documents
U.S.D.C. R.I. Docket No.: 07-088T
DJ # 61-66-44

Dear Attorney Hyde:

Enclosed please find copies of additional documents relating to our client's computation of damages resulting from the allision with his fish trap. As you will see, the computation of lost profits is based on an analysis of the yields obtained from the plaintiff's two fish traps.

Thank you for your time, attention, and courtesy in this regard. If you have any questions or concerns, please do not hesitate to contact me or Attorney Ouellette.

Very truly yours,

Olaf Aprans
Law Clerk

Enclosures

# INDUSTRIAL MARINE MARKETING 3/3/06

[redacted]

28 BLANCHARD PLACE
Wakefield, R.I. 02879
(401) 782-4412

Quote for H.N. Wilcox

1 Bale #21 x 6" Stretch mesh x 200.5 md x 450 ml
Full Mesh Double Selvage Top + Bottom
128# @ $6.20# = $793.60

1 Bale #21 x 4 1/2" stretch mesh x 200.5 md x 350 ml
Full mesh Double Selvage Top + Bottom
79# @ $6.20# = $489.80

1 Bale #21 x 4 1/2" stretch mesh x 100.5 md x 700 ml
Full Mesh Double Selvage Top + Bottom
79# @ 6.20# = $489.80

1 Case #21 Tarred Nylon Twine = 20# @ 6.50# = $130.00

1 Spool 7/8 x 1200 Poly Propelene Rope = 180# @ 1.40# = $252.00

1 Spool 1/2 x 600 Poly Plus Rope = $92 each

50 Floats 4" x 3" x 3/4" w/ grommets = 50 @ .90 ea = 45.00

TOTAL 2292.20

LABOR:
4 men at 80/MAN/DAY
30 DAYS
$9600

TOTAL
Supplies 2292.20
LABOR 9600.00
11,892.20

Attn: Tony @ H.N. Wilcox

#21 Thread, 6" Stretch Mesh, 200½ Meshes Deep with full Mesh of #21 Thread. Double Selvage Top and Bottom. 450 Meshes Long 128# @ 6.20# = 793.60

#21 Thread 4½" Stretch Mesh 200½ Meshes Deep with full Mesh of #21 Thread Double Selvage Top and Bottom. 350 Meshes Long. 79# @ 6.20# = $489.80

#21 Thread 4½" Stretch Mesh 100½ Meshes Deep with full Mesh of #21 Thread Double Selvage Top and Bottom. 700 Meshes Long. 79# @ 6.20 = $489.80

20 - #21 Tarred Seine Twine 20# @ 6.50# = $130.00

2 spools of 7/8" polypropelene rope 360 feet long each 1 Spool of 7/8" x 1200' = 180# @ 1.40# = $252.00

1 spool of ½" poly plus rope $92.00

50 - Floats CG-1 Can shaped with Grommet " " x 3" [illegible]" 50 @ .90 ea = $45.00

2292.20

H W WILCOX 4/26/05 to 6/14/05

Total money per Day

| | |
|---|---|
| 4/26/05 | 6027.00 |
| 4/27/05 | 1878.75 |
| 4/30/05 | 4288.75 |
| 5/3/05 | 21,573.20 |
| 5/4/05 | 16,025.65 |
| 5/5/05 | 21,630.00 |
| 5/6/05 | 24,486.25 |
| 5/10/05 | 22,253.85 |
| 5/11/05 | 36,985.25 |
| 5/12/05 | 23,288.50 |
| 5/13/05 | 14,722.25 |
| 5/14/05 | 22,881.40 |
| 5/16/05 | 14,986.00 |
| 5/17/05 | 10,217.75 |
| 5/18/05 | 15,125.75 |
| 5/19/05 | 6,764.00 |
| 5/20/05 | 12,857.50 |
| 5/21/05 | 7136.00 |
| 5/23/05 | 12,524.10 |
| 5/24/05 | 11,069.80 |
| 5/26/05 | 4150.25 |
| 5/27/05 | 5002.00 |
| 5/28/05 | 10,528.50 |
| 5/31/05 | 5,305.75 |
| 6/1/05 | 5519.95 |
| 6/2/05 | 5415.00 |
| 6/3/05 | 1149.50 |
| 6/4/05 | 938.50 |
| 6/6/05 | 542.10 |
| 6/7/05 | 1218.25 |
| 6/8/05 | 976.35 |
| 6/10/05 | 666.75 |
| 6/11/05 | 1307.75 |
| 6/14/05 | 968.30 |

$ 350,436.70

This was total for H W Wilcox Trap up to 6/14/05

Seal Rock would have caught 25,000 lb day plus day in May 30 days x 2500 = 750,000 which would have a total value of $375,000 [illegible] which would [illegible] would [illegible] over $400,000

H.N. WILCOX 5/1/04 to 6/8/04

DOLLAR TOTALS

| | |
|---|---|
| 5/1 | 7350.00 |
| 5/5 | 7242.50 |
| 5/6 | 16633.25 |
| 5/7 | 5129.00 |
| 5/8 | 7812.00 |
| 5/9 | 19196.00 |
| 5/10 | 11611.25 |
| 5/11 | 5446.75 |
| 5/12 | 11407.25 |
| 5/13 | 4657.00 |
| 5/14 | 8151.50 |
| 5/15 | 10,257.80 |
| 5/18 | 17376.25 |
| 5/19 | 7497.50 |
| 5/20 | 3831.00 |
| 5/21 | 2960.50 |
| 5/22 | 3694.00 |
| 5/24 | 3532.60 |
| 5/25 | 3512.95 |
| 5/26 | 807.50 |
| 5/27 | 710.00 |
| 5/28 | 712.00 |
| 5/29 | 690.45 |
| 6/1 | 1078.00 |
| 6/2 | 401.50 |
| 6/3 | 97.00 |
| 6/5 | 925.20 |
| 6/8 | 1458.85 |
| | 164,179.60 |

Total For Wilcox in 2004 up to 6/8 was 164,179.60 Squid ran inshore This year so This is why you see Big Difference between Seal Rock & Wilcox.

HN W[illegible] 5/1/03 to 6/8/03

| | |
|---|---|
| 5/1 | 946.90 |
| 5/2 | 1574.50 |
| 5/5 | 5610.75 |
| 5/6 | 1446.20 |
| 5/7 | 1081.25 |
| 5/8 | 13057.25 |
| 5/9 | 4774.30 |
| 5/10 | 5568.80 |
| 5/12 | 8063.50 |
| 5/14 | 12111.10 |
| 5/15 | 3529.25 |
| 5/16 | 3550.90 |
| 5/17 | 3262.75 |
| 5/19 | 8742.30 |
| 5/20 | 2649.00 |
| 5/21 | 1566.00 |
| 5/22 | 7710.00 |
| 5/23 | 8012.80 |
| 5/24 | 3919.75 |
| 5/26 | 3337.50 |
| 5/27 | 809.20 |
| 5/28 | 480.00 |
| 5/30 | 4609.80 |
| 5/31 | 4546.50 |
| 6/3 | 4220.90 |
| 6/4 | 3232.80 |
| 6/5 | 528.50 |
| 6/6 | 4268.50 |
| 6/7 | 3437.00 |
| TOTAL → | 126,648.00 |

Steel Rock 5/1/04 to 6/8/04

| | Scup | | | Mix | | |
|---|---|---|---|---|---|---|
| 5/1 | 24,800 Scup | 30 | | | = | 7440. |
| 5/3 | 23,800 Scup | 40 | + | 3204. | = | 12 724.00 |
| 5/5 | 24,500 Scup | 40 | + | 496 | = | 10,296.00 |
| 5/7 | 23,400 Scup | 35 | + | 375 | = | 8565.00 |
| 5/8 | 8065 Scup | 30 | + | 288.50 | = | 2708.00 |
| 5/11 | 21900 Scup | 25 | + | 1883.75 | = | 7358.75 |
| 5/13 | 20300 Scup | 35 | + | 293.70 | = | 7398.70 |
| 5/14 | 9850 Scup | 35 | + | 562.50 | = | 4010.00 |
| 5/18 | 9500 Scup | 35 | + | 461.50 | = | 3786.50 |
| 5/19 | 9980 Scup | 35 | + | 421.25 | = | 3914.25 |
| 5/20 | 9845 Scup | 35 | + | 220.00 | = | 3665.75 |
| 5/22 | 9700 Scup | 35 | + | 415.00 | = | 3810.00 |
| 5/24 | 9970 Scup | 35 | + | 53.30 | = | 3542.80 |
| 5/25 | 9910 Scup | 35 | + | 108.75 | = | 3577.25 |
| 5/26 | 920 Scup | 40 | + | 150.75 | = | 518.75 |
| 5/27 | 985 Scup | 50 | + | 340.00 | | 832.50 |
| 5/29 | 975 Scup | 55 | + | 320.00 | | 856.25 |
| 6/1 | 955 Scup | 50 | + | 261.25 | | 738.75 |
| 6/2 | 895 Scup | 50 | + | 13.75 | | 461.25 |
| 6/5 | 880 Scup | 90 | + | 17.50 | | 809.50 |
| 6/8 | 705 Scup | 90 | + | 573.50 | | 1208.00 |
| | | | | | | 88222.00 |

We never filled the trap quota for 2005 we had to [illegible]

As in 2004 60% of Trap quota was filled by 5/13. At then went to 10,000 lb/day per Company until 5/25. Then it went to 1000 lb / Day / company. But 2005 our quota was expanded and we would have been able to probably have 25000 / day thru the months of May.

Seal Rock 5/1/03 to 6/8/03

| | |
|---|---|
| 5/1 | 423.75 |
| 5/2 | 693.70 |
| 5/5 | 3640.75 |
| 5/6 | 897.25 |
| 5/7 | 2033.25 |
| 5/9 | 5698.25 |
| 5/10 | 1211.00 |
| 5/12 | 9176.35 |
| 5/13 | 11201.10 |
| 5/14 | 4473.75 |
| 5/15 | 2448.75 |
| 5/19 | 10,083.75 |
| 5/20 | 10,085.25 |
| 5/21 | 6572.00 |
| 5/22 | 10025.00 |
| 5/23 | 9870.00 |
| 5/24 | 5151.25 |
| 5/26 | 2200.75 |
| 5/28 | 2423.80 |
| 5/30 | 6174.25 |
| 5/31 | 5218.25 |
| 6/3 | 4773.75 |
| 6/4 | 2268.00 |
| 6/6 | 4792.25 |
| 6/7 | 4274.00 |
| TOTAL | 125,810.20 |