**Hyde, Robb (CIV)**

**From:** Hyde, Robb (CIV)

**Sent:** Thursday, January 03, 2008 5:16 PM

**To:** 'Olaf'; 'Stephen M. Ouellette'

**Subject:** Requests for Extension

**Attachments:** Request for Discovery Continuance.wpd; Proposed Order for Request for Discovery Continuance.wpd; Proposed Order for Request for Settlement Continuance.wpd; Request for Settlement Continuance.wpd

ɜood afternoon,

ttached please find joint requests for extension of discovery and the settlement conference. After your review and approval, I will le.

will be out of the office for most of January for depositions, but would like to depose the Parascandolas the last week of January or ıe first week of February if that can be arranged. I believe that the depositions can be done in one day.

ℜegards,

Л. Robb Hyde
rial Attorney
J.S. Department of Justice
Civil Division, Torts Branch
viation & Admiralty Litigation
425 New York Ave., NW #10100
Vashington, DC 20005
el: (202) 616-4033
ax: (202) 616-4159
Email: robb.hyde@usdoj.gov