**OUELLETTE & SMITH**
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

127 EASTERN AVENUE
SUITE 1
GLOUCESTER, MASSACHUSETTS 01930

Stephen M. Ouellette*
David S. Smith*
Olaf Aprans

*Also Admitted in Maine

Telephone: (978) 281-7788
Facsimile: (978) 281-4411
E-mail: olaf.aprans@fishlaw.com
http://www.fishlaw.com
http://www.maritimelawusa.com

March 3, 2008

Civil Clerk
United States District Court- Dist. Rhode Island
One Exchange Terrace
Providence, RI 02903
Tel.: (401)-752-7207

**Via Fedex Overnight**

Re: *Seal Rock Trap Company v. U.S.*, Docket No.: 07-088T-LDA

Dear Sir or Madam:

Per conversations between Attorney McSally's secretary and your office, attached hereto please find Exhibits A and B to the Plaintiff's Reply Memorandum filed today electronically (Document 12, Filed 3/3/08). For some reason, the exhibits were either too large or corrupted to be filed electronically with the Reply. Please file the attached Exhibits as attachments to the Reply to Opposition (Document 12, Filed 3/3/08).

Thank you for your time and attention in this regard. Please do not hesitate to contact me should you have any questions or concerns.

Very truly yours,

Olaf Aprans, Esquire

Cc: M. Robb Hyde, Esq.
Mark McSally, Esq.

RECEIVED
MAR 04 2008
Property of U.S. District Court
District of Rhode Island

Ltrclerk