UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
NORTHEAST REGION
One Blackburn Drive
Gloucester, MA 01930

November 26, 2007

RE: Dealer landing history
Dealer Name: SEAL ROCK TRAP CO.
NMFS Permit Number: 3367

Dear Vessel Owner:

Attached are all or a portion of the data you requested concerning your landings. Laws governing the access to confidential fisheries data require written authorization by the data submitters prior to the release of such data. Our office has received the appropriate documentation to release the data included in the attached vessel landings report. These data were extracted from (our commercial dealer database and represent reports from dealers or vessel trip reports). These are our best available data for vessel landings.

If these data are from landings before the spring of 1994, some information may be missing. In the spring of 1994 the Northeast Region (NER) implemented a mandatory reporting system for both vessels and dealers. Prior to this, data were submitted voluntarily by dealers. Although all reasonable efforts were made to obtain complete landings for all fisheries, some may have been missed and would not be included in our database.

The implementation of mandatory reporting also changed the way we managed our data. Prior to 1994 vessels under five tons were not identified individually in our landings database. The landings from vessels with permit numbers less than 200000 were consolidated in the database by month, port, gear, and area fished. Thus, even if a vessel had a NER permit, we did not uniquely identify that vessel's landings and cannot extract those landings for the specific vessel.

As you may be aware, NMFS collects large amounts of data from federally permitted seafood dealers and fishing vessels. We strive to maintain information that is an accurate record of individual fishing activity in federally regulated fisheries. However, given the amount of data we receive and process each year, errors do occur on both the reporting side by the fishing industry and on processing the reports submitted. The responsibility for ensuring that we have complete and accurate information rests on all parties involved in managing our marine resources. If there are errors in the landings history reports we have provide to you, please contact the Fisheries Statistic Office and provide sufficient documentation of the error so that it can be corrected. If you have any questions regarding the enclosed data report, please contact the Northeast Region Fisheries Statistics Office at 978-281-9158.

Sincerely,

Gerry Gaipo

Geraldine Gaipo
Fishery Information Technician

Exhibit A.

DOC/NOAA/NMFS 11/26/2007

SYSTEMS MANAGEMENT DEVELOPMENT SECTION

2005 LANDINGS REPORTED BY SEAL ROCK TRAP CO.

FROM DEALER WEIGHOUTS

| YEAR | MONTH | DEALNUM | SPPNM | POUNDS | VALUE |
|---|---|---|---|---|---|
| 2005 | 08 | 3367 | BLUEFISH | 897 | $311 |
| 2005 | 08 | 3367 | MENHADEN | 590 | $148 |
| 2005 | 08 | 3367 | STRIPED BASS | 3,521 | $9,720 |
| 2005 | 08 | 3367 | DOGFISH,SPINY | 5 | $1 |
| 2005 | 08 | 3367 | SEA BASS,BLACK | 41 | $126 |
| 2005 | 08 | 3367 | BONITO,ATLANTIC | 100 | $150 |
| 2005 | 08 | 3367 | FLOUNDER,SUMMER (FLUKE) | 585 | $1,071 |
| 2005 | 09 | 3367 | SCUP | 8 | $11 |
| 2005 | 09 | 3367 | BLUEFISH | 373 | $145 |
| 2005 | 09 | 3367 | MENHADEN | 4,745 | $1,199 |
| 2005 | 09 | 3367 | STRIPED BASS | 4,367 | $15,096 |
| 2005 | 09 | 3367 | MACKEREL,KING | 17 | $17 |
| 2005 | 09 | 3367 | BONITO,ATLANTIC | 57 | $60 |
| 2005 | 09 | 3367 | FLOUNDER,SUMMER (FLUKE) | 496 | $866 |
| 2005 | 09 | 3367 | SQUID,SHORT FINNED (ILLEX) | 7 | $4 |
| 2005 | 10 | 3367 | SCUP | 3 | $3 |
| 2005 | 10 | 3367 | SKATES | 40 | $20 |
| 2005 | 10 | 3367 | TAUTOG | 16 | $32 |
| 2005 | 10 | 3367 | BLUEFISH | 262 | $60 |
| 2005 | 10 | 3367 | MENHADEN | 1,040 | $237 |
| 2005 | 10 | 3367 | GOOSEFISH | 5 | $5 |
| 2005 | 10 | 3367 | BUTTERFISH | 323 | $263 |
| 2005 | 10 | 3367 | STRIPED BASS | 3,376 | $10,559 |
| 2005 | 10 | 3367 | MACKEREL,KING | 5 | $5 |
| 2005 | 10 | 3367 | TRIGGERFISHES | 8 | $5 |
| 2005 | 10 | 3367 | SEA BASS,BLACK | 2 | $12 |
| 2005 | 10 | 3367 | BONITO,ATLANTIC | 64 | $85 |
| 2005 | 10 | 3367 | FLOUNDER,WINTER | 1 | $2 |
| 2005 | 10 | 3367 | FLOUNDER,SUMMER (FLUKE) | 45 | $118 |
| 2005 | 10 | 3367 | SEA TROUT,GRAY(WEAKFISH) | 5 | $7 |
| 2005 | 10 | 3367 | SQUID,LONG FINNED (LOLIGO) | 7 | $5 |
| 2005 | 10 | 3367 | SQUID,SHORT FINNED (ILLEX) | 29 | $18 |

DOC/NOAA/NMFS 11/26/2007

SYSTEMS MANAGEMENT DEVELOPMENT SECTION

2004 LANDINGS REPORTED BY SEAL ROCK TRAP CO.

FROM DEALER WEIGHOUTS

| YEAR | MONTH | DEALNUM | SPPNM | POUNDS | VALUE |
|---|---|---|---|---|---|
| 2004 | 04 | 3367 | SCUP | 14,950 | $1,495 |
| 2004 | 05 | 3367 | SCUP | 218,600 | $26,399 |
| 2004 | 06 | 3367 | SCUP | 4,041 | $1,797 |
| 2004 | 07 | 3367 | SCUP | 207 | $282 |
| 2004 | 08 | 3367 | SCUP | 120 | $111 |
| 2004 | 09 | 3367 | SCUP | 1,009 | $880 |
| 2004 | 05 | 3367 | TAUTOG | 45 | $50 |
| 2004 | 05 | 3367 | BLUEFISH | 3 | $2 |
| 2004 | 06 | 3367 | BLUEFISH | 93 | $25 |
| 2004 | 07 | 3367 | BLUEFISH | 636 | $376 |
| 2004 | 08 | 3367 | BLUEFISH | 761 | $300 |
| 2004 | 09 | 3367 | BLUEFISH | 843 | $192 |
| 2004 | 08 | 3367 | MENHADEN | 260 | $79 |
| 2004 | 09 | 3367 | MENHADEN | 10,680 | $1,068 |
| 2004 | 06 | 3367 | GOOSEFISH | 39 | $31 |
| 2004 | 05 | 3367 | BUTTERFISH | 15 | $9 |
| 2004 | 06 | 3367 | STRIPED BASS | 661 | $2,146 |
| 2004 | 07 | 3367 | STRIPED BASS | 800 | $1,913 |
| 2004 | 08 | 3367 | STRIPED BASS | 530 | $1,035 |
| 2004 | 09 | 3367 | STRIPED BASS | 579 | $1,920 |
| 2004 | 06 | 3367 | DOGFISH,SPINY | 580 | $104 |
| 2004 | 07 | 3367 | DOGFISH,SPINY | 580 | $104 |
| 2004 | 09 | 3367 | DOGFISH,SPINY | 48 | $12 |
| 2004 | 08 | 3367 | MACKEREL,KING | 33 | $33 |
| 2004 | 06 | 3367 | SHAD,AMERICAN | 490 | $50 |
| 2004 | 07 | 3367 | SHAD,AMERICAN | 1,300 | $157 |
| 2004 | 08 | 3367 | SHAD,AMERICAN | 160 | $16 |
| 2004 | 06 | 3367 | SHARK,SANDBAR | 40 | $4 |
| 2004 | 08 | 3367 | SHARK,SANDBAR | 75 | $8 |
| 2004 | 06 | 3367 | SKATE, WINTER | 5 | $2 |
| 2004 | 08 | 3367 | TRIGGERFISHES | 1 | $1 |
| 2004 | 09 | 3367 | TRIGGERFISHES | 14 | $10 |
| 2004 | 06 | 3367 | DOGFISH,SMOOTH | 55 | $14 |
| 2004 | 05 | 3367 | SEA BASS,BLACK | 1,198 | $2,986 |
| 2004 | 06 | 3367 | SEA BASS,BLACK | 274 | $791 |
| 2004 | 07 | 3367 | SEA BASS,BLACK | 63 | $260 |
| 2004 | 08 | 3367 | SEA BASS,BLACK | 8 | $22 |
| 2004 | 09 | 3367 | SEA BASS,BLACK | 3 | $14 |
| 2004 | 06 | 3367 | SEA TROUT, UNC | 113 | $123 |
| 2004 | 07 | 3367 | SEA TROUT, UNC | 138 | $157 |
| 2004 | 09 | 3367 | SEA TROUT, UNC | 17 | $22 |
| 2004 | 07 | 3367 | BONITO,ATLANTIC | 127 | $192 |
| 2004 | 08 | 3367 | BONITO,ATLANTIC | 154 | $253 |
| 2004 | 09 | 3367 | BONITO,ATLANTIC | 187 | $374 |
| 2004 | 08 | 3367 | MACKEREL,SPANISH | 10 | $10 |

DOC/NOAA/NMFS

11/26/2007

SYSTEMS MANAGEMENT DEVELOPMENT SECTION

2004 LANDINGS REPORTED BY SEAL ROCK TRAP CO.

FROM DEALER WEIGHOUTS

| | | | | | |
|---|---|---|---|---|---|
| 2004 | 09 | 3367 | MACKEREL,SPANISH | 12 | $14 |
| 2004 | 05 | 3367 | MACKEREL,ATLANTIC | 3,490 | $698 |
| 2004 | 05 | 3367 | FLOUNDER,SUMMER (FLUKE) | 834 | $1,382 |
| 2004 | 06 | 3367 | FLOUNDER,SUMMER (FLUKE) | 722 | $985 |
| 2004 | 07 | 3367 | FLOUNDER,SUMMER (FLUKE) | 699 | $1,020 |
| 2004 | 08 | 3367 | FLOUNDER,SUMMER (FLUKE) | 273 | $404 |
| 2004 | 09 | 3367 | FLOUNDER,SUMMER (FLUKE) | 223 | $240 |
| 2004 | 05 | 3367 | SQUID,LONG FINNED (LOLIGO) | 2,700 | $2,025 |

DOC/NOAA/NMFS 11/26/2007

SYSTEMS MANAGEMENT DEVELOPMENT SECTION

2003 LANDINGS REPORTED BY SEAL ROCK TRAP CO.

FROM DEALER WEIGHOUTS

| YEAR | MONTH | DEALNUM | SPPNM | POUNDS | VALUE |
|---|---|---|---|---|---|
| 2003 | 04 | 3367 | SCUP | 10 | $7 |
| 2003 | 05 | 3367 | SCUP | 179,670 | $46,797 |
| 2003 | 06 | 3367 | SCUP | 43,520 | $9,940 |
| 2003 | 07 | 3367 | COBIA | 12 | $11 |
| 2003 | 04 | 3367 | TAUTOG | 135 | $176 |
| 2003 | 05 | 3367 | TAUTOG | 470 | $402 |
| 2003 | 05 | 3367 | BLUEFISH | 838 | $242 |
| 2003 | 06 | 3367 | BLUEFISH | 1,298 | $280 |
| 2003 | 07 | 3367 | BLUEFISH | 923 | $273 |
| 2003 | 08 | 3367 | BLUEFISH | 1,277 | $648 |
| 2003 | 05 | 3367 | GOOSEFISH | 15 | $9 |
| 2003 | 07 | 3367 | GOOSEFISH | 5 | $2 |
| 2003 | 05 | 3367 | BUTTERFISH | 575 | $318 |
| 2003 | 06 | 3367 | BUTTERFISH | 50 | $34 |
| 2003 | 05 | 3367 | COD,ATLANTIC | 600 | $900 |
| 2003 | 05 | 3367 | STRIPED BASS | 152 | $456 |
| 2003 | 06 | 3367 | STRIPED BASS | 588 | $1,202 |
| 2003 | 07 | 3367 | STRIPED BASS | 442 | $841 |
| 2003 | 08 | 3367 | STRIPED BASS | 593 | $1,528 |
| 2003 | 09 | 3367 | STRIPED BASS | 678 | $1,715 |
| 2003 | 05 | 3367 | DOGFISH,SPINY | 20 | $4 |
| 2003 | 08 | 3367 | DOGFISH,SPINY | 10 | $1 |
| 2003 | 07 | 3367 | MACKEREL,KING | 9 | $9 |
| 2003 | 08 | 3367 | MACKEREL,KING | 94 | $85 |
| 2003 | 05 | 3367 | SHAD,AMERICAN | 120 | $13 |
| 2003 | 06 | 3367 | SHAD,AMERICAN | 430 | $37 |
| 2003 | 07 | 3367 | SHAD,AMERICAN | 225 | $13 |
| 2003 | 09 | 3367 | SHAD,AMERICAN | 35 | $4 |
| 2003 | 07 | 3367 | TRIGGERFISHES | 9 | $4 |
| 2003 | 08 | 3367 | TRIGGERFISHES | 44 | $18 |
| 2003 | 09 | 3367 | TRIGGERFISHES | 19 | $8 |
| 2003 | 09 | 3367 | TUNA,SKIPJACK | 1,713 | $857 |
| 2003 | 05 | 3367 | SEA BASS,BLACK | 2,015 | $3,655 |
| 2003 | 06 | 3367 | SEA BASS,BLACK | 534 | $739 |
| 2003 | 07 | 3367 | SEA BASS,BLACK | 95 | $283 |
| 2003 | 08 | 3367 | SEA BASS,BLACK | 53 | $132 |
| 2003 | 07 | 3367 | BONITO,ATLANTIC | 165 | $165 |
| 2003 | 08 | 3367 | BONITO,ATLANTIC | 75 | $75 |
| 2003 | 09 | 3367 | FRIGATE MACKEREL | 200 | $40 |
| 2003 | 08 | 3367 | MACKEREL,SPANISH | 3 | $3 |
| 2003 | 04 | 3367 | MACKEREL,ATLANTIC | 865 | $605 |
| 2003 | 05 | 3367 | MACKEREL,ATLANTIC | 7,910 | $2,365 |
| 2003 | 07 | 3367 | MACKEREL,ATLANTIC | 5 | $1 |
| 2003 | 07 | 3367 | TUNA,LITTLE (TUNNY) | 30 | $3 |
| 2003 | 08 | 3367 | TUNA,LITTLE (TUNNY) | 55 | $6 |

DOC/NOAA/NMFS
SYSTEMS MANAGEMENT DEVELOPMENT SECTION
2003 LANDINGS REPORTED BY SEAL ROCK TRAP CO.
FROM DEALER WEIGHOUTS

11/26/2007

| | | | | | |
|---|---|---|---|---|---|
| 2003 | 09 | 3367 | TUNA,LITTLE (TUNNY) | 75 | $45 |
| 2003 | 04 | 3367 | FLOUNDER,SUMMER (FLUKE) | 145 | $262 |
| 2003 | 05 | 3367 | FLOUNDER,SUMMER (FLUKE) | 948 | $1,480 |
| 2003 | 06 | 3367 | FLOUNDER,SUMMER (FLUKE) | 856 | $1,206 |
| 2003 | 08 | 3367 | FLOUNDER,SUMMER (FLUKE) | 494 | $748 |
| 2003 | 09 | 3367 | FLOUNDER,SUMMER (FLUKE) | 223 | $329 |
| 2003 | 05 | 3367 | SEA TROUT,GRAY(WEAKFISH) | 7 | $6 |
| 2003 | 06 | 3367 | SEA TROUT,GRAY(WEAKFISH) | 5 | $7 |
| 2003 | 07 | 3367 | SEA TROUT,GRAY(WEAKFISH) | 57 | $65 |
| 2003 | 08 | 3367 | SEA TROUT,GRAY(WEAKFISH) | 43 | $46 |
| 2003 | 04 | 3367 | SQUID,LONG FINNED (LOLIGO) | 75 | $127 |
| 2003 | 05 | 3367 | SQUID,LONG FINNED (LOLIGO) | 4,380 | $3,624 |
| 2003 | 06 | 3367 | SQUID,LONG FINNED (LOLIGO) | 100 | $10 |
| 2003 | 08 | 3367 | SQUID,LONG FINNED (LOLIGO) | 390 | $39 |
| 2003 | 09 | 3367 | SQUID,LONG FINNED (LOLIGO) | 500 | $400 |

THESE DATA ARE PRELIMINARY AND ARE SUBJECT TO CHANGE