UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., Plaintiff, | : | |
| v. | : | Case No. 07-088T |
| THE UNITED STATES OF AMERICA Defendant. | : | |

**ORDER**

For the reasons stated in open court on March 26, 2008, the Motion to Amend the Complaint is DENIED with respect to the addition of H.N. Wilcox Fishing, Inc. as plaintiff, and GRANTED with respect to the addition of N. Parascandola and Sons, Inc. as a plaintiff. The combined plaintiffs' damages are capped at $120,000.

IT IS SO ORDERED:

Ernest C Torres

Ernest C. Torres
Senior District Judge
Date: 3/25/08