UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SEAL ROCK TRAP COMPANY, INC., Plaintiff | ) | IN ADMIRALTY |
| v. | ) | Civil Action No: 1:07-cv-88 |
| THE UNITED STATES OF AMERICA, Defendant | ) | |

STIPULATION

All claims dismissed with prejudice; no interest, no costs.

Seal Rock Trap Company, Inc,
By its attorneys,

/s/ Stephen M. Ouellette

Mass BBO#: 543752
Ouellette & Smith
127 Eastern Avenue, Suite 1
Gloucester, MA 01930
Phone: (978) 281-7788
FAX: (978) 281-4411
E-mail: fishlaw@aol.com

/s/ Mark A. McSally

Mark A. McSally
R.I. Bar ID#: 3006
Kelly, Kelleher, Reilly & Simpson
146 Westminster St., Ste 500
Providence, RI 02903
Phone: (401) 272-1312
Fax: (401) 331-9397
E-mail: mmcsally@kkrs.com

United States of America
By its attorney,

/s/ M. Robb Hyde

PA Bar No.: 63974
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4033
FAX: (202) 616-4159
E-mail: robb.hyde@usdoj.gov